980 F.2d 722
 Abdul-Alim (Dr. Malik), Robertson (Stanley), Jackson
(Charles), Thomas (Willie), Cooney (John), Kline (Robert),
Fields (Abraham), Henry (William), Frank (Eugene), Ryan
(Robert Jude), Faenza (James), Camp (Leroy), Brown (Donald),
Gaston (George), Salaam (Abdul-Haqq), Martin (Daniel),
Fowler (Charles), Nelson (Joseph), Howard (John), Howard,
Felcon (Joseph), Reitzler (Anthony), Dietrich (Dallas),
Downie (John), Willitts (Charles), Browne (John), Notte (Salvatore),
 NO. 91-5742
 United States Court of Appeals,
Third Circuit.
 Oct 09, 1992
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.